No. 107. Standard Oil Co. *v.* Federal Trade Commission. C. A. 7th Cir. Certiorari granted. Mr. Justice Douglas and Mr. Justice Minton took no part

in the consideration or decision of this application. *Weymouth Kirkland, Howard Ellis, Arthur J. Abbott* and *Thomas E. Sunderland* for petitioner. *Solicitor General Perlman* filed a memorandum for the Federal Trade Commission, stating that the Government does not oppose allowance of the petition. *Wilbur Duberstein* filed a brief for the Retail Gasoline Dealers Association of Michigan, as *amicus curiae,* opposing the petition.